## THE STATE v. ENGLISH.

The map which is required by the road act to be annexed to the return of surveyors of the highways laying out a road, may, by their direction, be both made and annexed by the practical surveyor, after they have signed their return and separated.

The writ of error in this case removed the judgment of the Supreme Court, confirming a return of surveyors laying out a public highway. The only objection to the legality of the proceedings was, that the map annexed to the return had been made by the practical surveyor employed after the surveyors of the highways had signed their return and separated. He both made the map and annexed it to their return. This was done by their direction.

The majority of the Court of Errors affirmed the judgment,

The State v. English.

for the reasons given by the Chief Justice in his opinion in the court below.   *Ante* 291.   No written opinion was given in favor of the affirmance.

The CHANCELLOR.   It is admitted that a map cannot be dispensed with, and that it must be made, either by the surveyors themselves, or by some  person acting under authority delegated by them.   By an adjournment *sine die,* the surveyors were *functi officio.*   I do not see how a deputy could act for them after the time for their own action was spent.   How the power of a deputy can outlive the office of the person appointing him.   Nor do I see that surveyors can make a return that they have a map, if a map be not made until after the return.

It appears to me that the judgment is erroneous.

*For affirmance*—Justices CARPENTER and OGDEN, and Judges SCHENCK, PORTER, and RISLEY—5.

*For reversal*—The CHANCELLOR and Judges SPEER and McCARTER—3.